UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL ALEXANDER YOUNG                              CIVIL ACTION

VERSUS                                                NO. 25-1753

PUBLIC DEFENDER'S OFFICE AND                       SECTION "R" (3)
HACER KANDARA

### ORDER AND REASONS

Plaintiff Michael Alexander Young, a former Louisiana state inmate, filed this *pro se* and *in forma pauperis* federal civil action pursuant to 42 U.S.C. § 1983 on August 25, 2025.[1] On October 22, 2025, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R"), recommending that the Court dismiss plaintiff's complaint with prejudice.[2]

Plaintiff did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself

---

[1] R. Doc. 1. Plaintiff's initial complaint was marked deficient. Plaintiff refiled his complaint on October 10, 2025, R. Doc. 8, after being granted leave to proceed *in forma pauperis*, R. Doc. 7.

[2] R. Doc. 9.

that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion. Young's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __10th__ day of November, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE